IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMMA C. BAUM | : | CIVIL ACTION |
| v. | : | |
| GOODVILLE MUTUAL CASUALTY COMPANY | : | NO. 14-4315 |

## ORDER

**AND NOW**, this 4th day of March, 2015, upon consideration of Defendant's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) (Docket No. 9), and all documents filed in connection thereto, and having held a hearing on the Motion on February 26, 2015, **IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED**;

2. This action is **DISMISSED**; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.